**DISMISS and Opinion Filed June 11, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-16-01404-CV**
_____

**OXYSURE SYSTEMS, INC., Appellant**

**V.**

**WFAA T.V. CHANNEL 8, TENGA MEDIA INC., AND JOBIN PANICKER, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04556-2015**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Smith

We reinstate this appeal. In February 2017, we abated this case due to Oxysure Systems, Inc.'s bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on April 21, 2017, effectively dissolving the automatic stay.

We notified the parties by letter dated May 7, 2021, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the

failure to respond would result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c). To date, no party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b),(c); *Chan v. SLK Builders, LLC.*, 2021 WL 2134157, at *1 (Tex. App.—Dallas May 26, 2021, no pet. h.) (mem. op.).

/Craig Smith/
CRAIG SMITH
JUSTICE

161404F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

OXYSURE SYSTEMS, INC.,
Appellant

No. 05-16-01404-CV      V.

WFAA T.V. CHANNEL 8, TENGA
MEDIA INC., AND JOBIN
PANICKER, Appellees

On Appeal from the 416th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 416-04556-
2015.
Opinion delivered by Justice Smith.
Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.


Judgment entered June 11, 2021.